### 24231

Margaret Gail ROGERS, Petitioner v. KUNJA KNITTING MILLS, INC., Employer, and Hartford Accident & Indemnity Company and Insurance Company of North America; Carriers, Respondents.

(456 S.E. (2d) 918)

Supreme Court

*E.N. Zeigler,* Florence, *for petitioner.*

*Samuel T. Brunson,* of *Coleman, Aiken & Chase, P.A.,* Florence, *for respondent Hartford Acc. & Indem. Co.*

*Michael E. Chase,* Columbia, *for respondent Ins. Co. of North America.*

Heard Mar. 8, 1995.

Decided Apr. 3, 1995.

*Per Curiam:*

Certiorari dismissed as improvidently granted.